```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

**ROSALIND RICHARDSON,**              *
                                      *
    **Plaintiff,**              *
                                      *
**vs.**                               *   **CIVIL ACTION NO. 20-00132-B**
                                      *
**POPEYES LOUISIANA KITCHEN,**        *
**INC. d/b/a RESTAURANT BRANDS**      *
**INTERNATIONAL, INC.,** *et al.*,    *
                                      *
    **Defendants.**             *

## ORDER

A settlement conference was conducted on September 9, 2020, during which the parties reached an agreement to resolve this case. Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE.** Any party may move for reinstatement within the next thirty (30) days should the settlement not be consummated. Each party is to bear its own costs.

    **ORDERED** this **10th** day of **September, 2020.**

                                    **/s/ SONJA F. BIVINS**
                                    **UNITED STATES MAGISTRATE JUDGE**